UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES PHILIPPART,

        Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

CASE NO. C18-1618-MJP

**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.
2) The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration as set forth in the Report and Recommendation.
3) The Clerk shall provide copies of this Order to the parties.

DATED this _3rd_ day of _May_, 2019.

                              Marsha J. Pechman
                              United States Senior District Judge